IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-CR-28-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALLEN LEE HENSON | ) | |
| | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* (Doc. 21) filed by Andrew Brooks.

The Motion indicates that Mr. Brooks, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of Katryna Lyn Spearman. The Motion represents that Ms. Spearman is a member in good standing of the Bar of the State of Georgia. It further appears that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 21) and **ADMITS** Katryna Lyn Spearman to practice *pro hac vice* before the Court in this matter while associated with local counsel. As the record does not indicate that the requisite admission fee has been paid, Ms. Spearman is **DIRECTED** to submit this fee on or before **June 20, 2023**.

It is so ordered.

Signed: June 13, 2023

W. Carleton Metcalf
United States Magistrate Judge