IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-CR-28-MR-WCM

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALLEN LEE HENSON | ) | |
| | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* (Doc. 25) filed by Andrew Brooks.

The Motion indicates that Mr. Brooks, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of Murdoch Walker II. The Motion represents that Mr. Walker is a member in good standing of the Bar of the State of Georgia. It further appears that there is no opposition to the Motion and that the associated admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 25) and **ADMITS** Murdoch Walker II to practice *pro hac vice* before the Court in this matter while associated with local counsel. The additional Motion for Admission *Pro Hac Vice* (Doc. 24), which was filed on June 14, 2023, is **DENIED AS MOOT**.

It is so ordered.

Signed: June 20, 2023

W. Carleton Metcalf
United States Magistrate Judge